**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Petty Offense No. 3:26-94 (EMB)

UNITED STATES OF AMERICA,

                Plaintiff,          <u>Violation Nos: 09963130, 09963131</u>

    v.                              (MN3)

DIANNE L. MEYERS,          **<u>ORDER FOR DISMISSAL</u>**

                Defendant.

Upon motion by the United States, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss is **GRANTED**. Violation Nos. 09963130 and 09963131 (MN3) are dismissed without prejudice.

2. The hearing previously set for May 21, 2026 at 9:00 a.m. before Magistrate Judge Elsa M. Bullard is CANCELLED.

Dated:  May 20, 2026

                                     <u>*s/Elsa M. Bullard*</u>
                                     The Honorable Elsa M. Bullard
                                     United States Magistrate Judge